AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

MICHAEL DEAN JAMES,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| RONALD HAYNES, VANESSA JAMES, and CLAUDELL WHITMAN, | ) |
| *Defendant* | ) |

Civil Action No.   2:26-cv-126-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to the Order filed at ECF No. 10, the First Amended Complaint is DISMISSED for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2), but without prejudice to Plaintiff filing a separate action regarding the newly added claim regarding the deprivation of his sacred Eagle Feathers.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Edward F. Shea

Date: _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*